# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

            Case No. 06-CR-234

   -vs-

**TONY L. JONES,**
**aka Anthony Louis Jones,**
**aka Anthony Andrew Jones,**
**aka Demetrius,**

        Defendant.

## ORDER GRANTING LEAVE FOR DISMISSAL OF INDICTMENT

Upon the government's request and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS HEREBY ORDERED** that leave of the court is granted for the filing of the foregoing dismissal without prejudice of the indictment in the above-referenced matter against the defendant, Tony L. Jones.

Dated at Milwaukee, Wisconsin, this 30th day of August, 2007.

                            **SO ORDERED,**

                            **s/ Rudolph T. Randa**
                            **HON. RUDOLPH T. RANDA**
                            **Chief Judge**